## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Coleman, Darnetta M

Printed: 01/22/09

Case Number:  08 B 21477
Judge:  Wedoff, Eugene R
Filed:  8/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 20, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 242.49 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 242.49 |
| Totals: | 242.49 | 242.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Think Federal Credit Union | Secured | 0.00 | 0.00 |
| 4. | Dept Of Housing & Urban Development | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 208.35 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 401.36 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3,125.77 | 0.00 |
| 9. | Chase Bank USA NA | Unsecured | 541.89 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 808.01 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 375.91 | 0.00 |
| 12. | Bill Me Later | Unsecured |  | No Claim Filed |
| 13. | Dillion's Dental Service LLC | Unsecured |  | No Claim Filed |
| 14. | Island National Group | Unsecured |  | No Claim Filed |
| 15. | Macy's | Unsecured |  | No Claim Filed |
| 16. | Target | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,461.29 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Coleman, Darnetta M

Printed: 01/22/09

Case Number:  08 B 21477
Judge:  Wedoff, Eugene R
Filed:  8/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

